IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV39 |
| | ) | |
| SYNTHON HOLDING, B.V.; | ) | |
| SYNTHON, B.V.; | ) | |
| SYNTHON PHARMACEUTICALS, LTD.; | ) | |
| and SYNTHON LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED THAT after considering the competing claim construction briefs filed by the parties [Documents ##85, 89, 93, 97] and hearing oral argument in this matter, the Court will construe the phrase "the besylate salt of amlodipine," as "any salt that contains the positively charged amlodipine cation and the negatively charged besylate anion, without limitation to any particular physical form of the salt." Moreover, the Motion by Pfizer to Strike the Reply Declaration of Gert Jan Ettema [Document #102] is DENIED AS MOOT; and the Joint Motion for Leave to Supplement the Record as to Claim Construction [Document #108] is GRANTED.

As an additional matter, the Court having reviewed its trial schedule for the April Master Calendar will set this matter for the week beginning April 10, 2006.

This, the 7th day of March, 2006.

                                                                     United States District Judge