IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV39 |
| | ) | |
| SYNTHON HOLDINGS BV; | ) | |
| SYNTHON BV; | ) | |
| SYNTHON PHARMACEUTICALS, LTD.; | ) | |
| and SYNTHON LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

Beaty, District Judge.

For the reasons stated in the Findings of Fact and Conclusions of Law filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT judgment is hereby GRANTED in favor of Plaintiff Pfizer, Inc. Accordingly, the Court hereby ORDERS that Synthon may not market its ANDA product until after Pfizer's '303 patent and its period of pediatric exclusivity awarded to the patent have expired.

This, the 31st day of August, 2006.

_____
United States District Judge