# United States Court of Appeals for the Federal Circuit

2007-1045

PFIZER, INC.,

Plaintiff-Appellee,

v.

SYNTHON HOLDINGS BV, SYNTHON BV,
SYNTHON PHARMACEUTICALS, LTD.
(now known as Synthon Pharmaceuticals, Inc.),
and SYNTHON LABORATORIES, INC.,

Defendants-Appellants.

# Judgment

ON APPEAL from the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In CASE NO(s): 1:05-CV-00039

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**REVERSED AND VACATED.**

ENTERED BY ORDER OF THE COURT

DATED JUN 5 - 2007

Jan Horbaly, Clerk

ISSUED AS A MANDATE: JUN 2 2 2007