NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1045

PFIZER, INC.,

Plaintiff-Appellee,

v.

SYNTHON HOLDINGS BV, SYNTHON BV,
SYNTHON PHARMACEUTICALS, LTD.
(now known as Synthon Pharmaceuticals, Inc.),
and SYNTHON LABORATORIES, INC.,

Defendants-Appellants.



Before GAJARSA, and PROST, Circuit Judges, and OTERO, District Judge.*

ORDER

Upon consideration of appellant's letter dated June 14, 2007 which we treat as a motion to expedite the issuance of the mandate,

IT IS ORDERED THAT:

The motion is granted and the mandate is issued herewith.

JUN 2 2 2007
Date

FOR THE COURT

Jan Horbaly
Clerk

cc: Richard G. Greco, Esq.
Thomas J. Meloro, Jr., Esq.

---

* Honorable S. James Otero, District Judge, United States District Court for the Central District of California, sitting by designation.

Case 1:05-cv-00039-JAB   Document 161-2   Filed 06/28/07   Page 1 of 1